JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:24-cv-01000-DOC-DFMx | Date: May 21, 2024 |

Title: Gary Yudin v. Norkol, Inc.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER SUA SPONTE REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**

Defendant removed this employment action to this Court, asserting diversity jurisdiction. *See generally* Notice of Removal (dkt. 1). On May 10, 2024, the Court held that Defendant, in its Notice of Removal, did not satisfy its burden to show that the Court had jurisdiction. Accordingly, Defendant was ordered to show cause that the amount in controversy exceeds $75,000 by May 20, 2024. Order to Show Cause (dkt. 8) at 1. That deadline has passed, and Defendant has not submitted a response.

The Court construes Defendant's failure to respond to the order to show cause as a concession that the jurisdictional threshold is not met. *See Ramirez v. Ghilotti Bros. Inc.*, 941 F. Supp. 2d 1197, 1210 n.7 (N.D. Cal. 2013) (collecting cases where courts have concluded that a party's failure to contest a point constitutes a concession). Consequently, the Court lacks diversity jurisdiction over this matter and hereby **REMANDS** this case to Orange County Superior Court.

The Clerk shall serve this minute order on the parties.

| | |
|---|---|
| MINUTES FORM 11<br>CIVIL-GEN | Initials of Deputy Clerk: djl |